# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**MICHAEL NICHOLAS COVEY**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:22mj 49<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _December 30, 2021 through January 2, 2022_ in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C., § 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_[signature]_
Lisa R. McKeel,
Assistant United States Attorney

_[signature]_
*Complainant's signature*

Stacey A. Sullivan, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 9, 2022

_[signature]_
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*