# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia
### Newport News Division

United States of America )
v. ) Case No. 4:22mj 49
)
MICHAEL NICHOLAS COVEY ) FBI
) FID: 11434501
_____ )
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __MICHAEL COVEY__, who is accused of an offense or violation
based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a)

IN OPEN COURT
JUN 10 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date: June 9, 2022                                      _____
                                                         Issuing officer's signature

City and state: Norfolk, Virginia                        Robert Krask, United States Magistrate Judge
                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* June 9, 2022, and the person was arrested on *(date)* June 10, 22
at *(city and state)* Newport News, VA.

Date: 6/10/22                                            _____
                                                         Arresting officer's signature

                                                         Stacey Sullivan, SA
                                                         *Printed name and title*